UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DEONTRELL CHARLES** | **CIVIL ACTION NO. 24-0475** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **WARDEN NOLEN BASS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation (R. Doc. 12) of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Deontrell Charles's Complaint, R. Doc. 1), is **DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 7th day of November, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE